Fee Paid

Stephen Taylor
21813 S. Embassy Ave.
Carson CA. 90810
Phone (562) 212- 7647
Attorney for Plaintiff In Pro Se

2008 JUL 21 PM 3: 14

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____CP_____

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASALLE BANK N. A. as Trustee<br><br>　　　　Plaintiff;<br><br>VS.<br><br>STEPHEN TAYLOR and DOES 1 through 10 Inclusive;<br><br>　　　　Defendants. | Case No. CV 08-4769 FMC (AGRx)<br><br>State Court Case No. 08001360<br><br>**PETITION FOR REMOVAL**<br><br>**28 USC 1331, 1332,<br>28 USC1441(a)(b)(c), 1443<br>28 USC 1446, FRCP 81(c)** |

N/S

TO The Honorable Judges of the United States District Court for the Central District of California:

Petitioner, Stephen Taylor, appearing Pro. Se. respectfully shows this Court:

1. Petitioner is the Defendant in the above-entitled action.

2. The above-entitled and pending civil action was filed in the Superior Court of the State of California County of Los Angeles on July 13, 2008.

3. The issue of Plaintiff's foreclosure and Unlawful Detainer is a complex litigation in that Defendant has a claim against this claimant and others for FRAUD including violations of 15 U.S.C. § 1611 et seq.; 26 U.S.C. § 2605 et seq.; 15 U.S.C. § 1602 et seq.; 15 U.S.C. § 1692.; which does not appear on the face of Plaintiff's complaint, however the constitutionality of the application of the Unlawful Detainer Statutes California Code of Civil Procedure section 1161a et seq. as applied to Defendants after a non-Judicial foreclosure is in issue, as well as the Non-judicial foreclosure itself under Cal. Civ. Code sec 2924. The issue is the lack of both substantive and procedural Due Process in the foreclosure proceedings as there is no opportunity to defend against a

wrongful foreclosure, and thereafter no defense to the Unlawful Detainer stemming there from.

4. This is a diversity action as Defendant is a Citizen of the State of California and Plaintiff is a National Association which has its principal place of business in Chicago Illinois, this Plaintiff to Defendants has no Branch offices in the State of California. Federal question in the following:

> (A) Cal Civ. Code Sec 2924 was unconstitutionally applied to Defendant as there was no opportunity to defend against a wrongful foreclosure, there was no independent source to complain to too stop or prevent a wrongful or fraudulent foreclosure.

(B) California Code of Civil Procedure 1161a is applied to Plaintiff and all parties in a foreclosure action as a grinding mill, the time allowed for defense is insufficient to prepare a "real" defense to this type of eviction, and NO real defense is even allowed, the issue of the foreclosure being improperly carried out, or unlawfully carried out, and whether the title was properly obtained is a non issue in this type of complaint under California Law, and is not allowed to be litigated, this code gives the illusion of providing a procedure where Due Process is obtained but not the reality of receiving a meaningful procedure either in form or substance as being substantive or procedural Due Process.

4. In the present case, apparently LaSalle remained in hiding as a beneficiary, and a company named Mortgage Electronic Registration Systems ("MERS") went on title after the loan was initially funded by Lenders Direct Capital Corporation. MERS claimed to be the Beneficiary, Lenders Direct Capital Corporation the Lender, and in turn Wilshire Credit Corporation, and Quality Loan Service Corp., each have claimed the right to the payments, no where in the daisy chain of note holders does LaSalle ever appear, and this defendant does not believe (i) that the property was properly foreclosed, and (ii) that LaSalle has standing to evict. Defendant has a counter claim that he has filed and will join the two cases for trial in the Federal Court.

5. Plaintiff has attached a true and correct copy of the Complaint dated _____, 2008 hereto as exhibit "1

6. The above-entitled matter was commenced against Petitioner in the Superior Court and is now pending therein as case no. 08001360

7. On or about July 18, 2008, Defendant was served with a Summons and Complaint in the above-entitled action.

8. The amount of money in controversy is currently in excess of $500,000 which is the approximate value of the Property taken wrongfully, through the State non-judicial foreclosure and is not under $25,000 as Plaintiff alleges for the Superior Courts limited courts Jurisdiction.

9. This Court has original jurisdiction over these proceedings by virtue of 28 USC 1331, as a significant Federal question has been raised. Therefore, this matter may be removed pursuant to 28 USC 1441(a)(b).

10. This Court has further original Jurisdiction under 28 USC 1332 as Plaintiff is a resident and has there primary place for doing business in the State of Illinois and Defendant is a resident of California

11. This court also has original jurisdiction as this is a matter that falls under Title 42 section 1983 ("The CIVIL Rights Act") which provides:

> Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

12. That Declaratory relief is unavailable in the limited court and this action because of the limited amount of time allowed prior to trial and the lack of defenses that will be heard.

13. That this Court has Original Jurisdiction to hear and determine matters under title 42 section 1983 by virtue of 28 USC 1443.

14. The Petitioner has filed with the Clerk of the United States District Court within 30 days after service on Petitioner of the aforesaid Complaint in the above-entitled action, this Petition for Removal.

WHEREFORE Petitioner prays that the above-entitled action be removed from the Superior Court to the United States District Court.

DATED 7\20\2008

_S. G. Taylor_
STEPHEN TAYLOR

## VERIFICATION

STATE OF CALIFORNIA     )
                        )s.s.
COUNTY OF SAN DIEGO     )

Stephen Taylor, under penalties of perjury, being first duly sworn, deposes and says:

That he is the Petitioner in the above-entitled action; that he has read the foregoing and knows the contents thereof; that the same is true of his own personal knowledge, except for those matters therein stated upon his information and belief, and as to those matters he believes them to be true.

_S. G. Taylor_
Stephen Taylor

# Exhibit "1"

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.
1. If you live here an you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address):

TELEPHONE NO.:

FOR COURT USE ONLY

ATTORNEY FOR (Name):

NAME OF COURT: Los Angeles County Superior Court-Compton
STREET ADDRESS:
MAILING ADDRESS: 200 W. Compton Blvd.
CITY AND ZIP CODE: Compton, CA 90220
BRANCH NAME: Compton

PLAINTIFF: LASALLE BANK, N.A. as Trustee

DEFENDANT: STEPHEN TAYLOR; et al.

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

CASE NUMBER: 08C01368

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer eviction) Complaint was filed
3. You still occupy the premises.

*(To be completed by the process server)*
DATE OF SERVICE:
*(Date that this form is served or delivered, and posted, and mailed by the officer of process server)*

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:
1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: 07-15-2008, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make the claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $            or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

*(Continued on reverse)*

CP10.5 [New January 1, 1991]
WRCA2042

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

Code of Civil Procedure § 415.46, 715.010, 715.020, 1174.25

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER-EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE-DESALOJO)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* STEPHEN TAYLOR, and DOES 1 through 100, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* LASALLE BANK, N.A. as Trustee

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

1. The name and address of the court is:
   *(El nombre y dirección de la corte es):*
   Los Angeles County Superior Court-Compton
   200 W. Compton Blvd., Compton, CA 90220

   **CASE NUMBER:** *(Número del caso):* 08C01360

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
   ROBERT J. JACKSON (SBN 53809)                    Telephone No. (949) 854-2244
   SCOTT J. JACKSON (SBN 219157)
   Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612

3. *(Must be answered in all cases)* An **unlawful detainer assistant** (Bus. & Prof. Code, §§ 6400-6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: 15 JUL 2008                  Clerk, by L. Hood, Deputy
*(Fecha)*                          *(Secretario)*  JOHN A. CLARKE   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [X] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as an occupant
   d. [ ] on behalf of *(specify)*:
      under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)          [ ] other *(specify)*:
5. [ ] by personal delivery on *(date)*:

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. January 1, 2004]

**SUMMONS-UNLAWFUL DETAINER-EVICTION**

Code of Civil Procedure, §§ 412.20, 415.456, 1167
WRCA2042

ROBERT J. JACKSON
Attorney Bar No. 53809
SCOTT J. JACKSON
Attorney Bar No. 219157
Jackson & Associates, Inc.
4199 Campus Drive, Suite 700
Irvine, California 92612
(949) 854-2244

Attorney for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

LOS ANGELES COUNTY – COMPTON JUDICIAL DISTRICT

| | |
|---|---|
| LASALLE BANK, N.A. as Trustee<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN TAYLOR;<br>and DOES 1 through 100, inclusive<br><br>Defendant. | CASE NO.: 08Q01360<br><br>**COMPLAINT IN UNLAWFUL DETAINER**<br><br>LIMITED CIVIL JURISDICTION<br><br>POST-FORECLOSURE EVICTION<br><br>AMOUNT DEMANDED DOES NOT EXCEED $10,000<br><br>Property Address:<br><br>21813 S EMBASSY AVE<br>CARSON, CA 90810 |

Plaintiff LASALLE BANK, N.A. as Trustee ("LaSalle") alleges as follows:

1. LaSalle is now and at all times relevant was an entity qualified to commence this action.

2. The names and capacities of the Defendants sued herein as DOES 1 through 100, inclusive, are unknown to Plaintiff at this time. These defendants will be served pursuant to *Code of Civ. Proc.* § 415.46.

3. The property of which Plaintiff seeks possession is located at 21813 S EMBASSY AVE, CARSON, CA 90810 (the "Premises"). Said Premises is located within this Superior Court Judicial District.

4. Possession of the Premises is sought pursuant to *Code of Civ. Proc.* § 1161a. Plaintiff obtained

title to the Premises and right to possession thereof by its purchase at a foreclosure sale validly held in compliance with *Civil Code* § 2924, the particulars of which are as follows:

    A. STEPHEN TAYLOR executed as Trustor(s) a Deed of Trust, with power of sale, recorded on or about 10/27/2006 in the Official Records of Los Angeles County as Instrument Number 06-2389871, which Deed of Trust encumbered the Premises.

    B. Pursuant to the foreclosure and sale of the Premises, under the power of sale contained in the Deed of Trust and in compliance with *Civil Code* § 2924, the Trustee of said Deed of Trust sold and conveyed title to the Premises to LaSalle, pursuant to a Trustee's Deed Upon Sale recorded on or about 06/26/2008 in the Official Records of Los Angeles County as Instrument Number 08-1138785.

5. Title is and has been perfected in LaSalle on 06/26/2008.

6. Plaintiff is informed, believes, and thereon alleges that Defendants STEPHEN TAYLOR and DOES 1 through 50 were in possession of the Premises at the time of sale, and that said Defendants and DOES 51 through 100 remained in possession after the sale.

7. On or about 07/07/2008, Plaintiff caused to be served on Defendants STEPHEN TAYLOR and DOES 1 through 100 a written Notice to Vacate Property pursuant to *Code of Civ. Proc.* § 1162, a copy of which Notice is attached hereto as Exhibit 'A' and incorporated herein by reference.

8. The Notice expired at midnight on 07/10/2008, and since 7/11/2008 Plaintiff is and has been entitled to immediate possession of the Premises.

9. Defendants and each of them failed and refused to surrender possession within or since the notice period, and continue in possession of the Premises without Plaintiff's consent. Unnamed Defendants shall be served pursuant to *Code of Civ. Proc.* § 415.46.

10. Plaintiff is informed, believes, and thereon alleges that the reasonable rental value of the Premises is $22.00 per day, and that damages to the Plaintiff proximately caused by Defendants' unlawful detention of the Premises have accrued at that rate since 7/11/2008 and will continue to accrue at that rate so long as Defendants remain in possession of the Premises.

WHEREFORE, Plaintiff requests judgment as follows:

1. For possession of the Premises;

2. For damages for the unlawful detention of the Premises at the rate of $22.00 per day from 7/11/2008 until the entry of judgment;

3. For costs of suit; and

4. For such other and further relief as the Court deems appropriate.

Date: July 1⩔, 2008

Jackson & Associates, Inc.

By:

_____
ROBERT J. JACKSON
Attorney for Plaintiff

Complaint in Unlawful Detainer
WRCA2042                                    -3-

EXHIBIT "A"

# NOTICE TO VACATE PROPERTY

TO: STEPHEN TAYLOR &
All occupants residing at
21813 S EMBASSY AVE
CARSON, CA 90810

NOTICE IS HEREBY GIVEN THAT LASALLE BANK, N.A. as Trustee ("LaSalle"), or its predecessor in interest, purchased the property located at 21813 S EMBASSY AVE, CARSON, CA 90810 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 10/27/2006 as Instrument Number 06-2389871 in the Official Records of Los Angeles County, and that title to the Premises is duly perfected in LaSalle.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, in the event you are the Trustor(s) of the Deed of Trust described above, a successor in interest to said Trustor(s), or a family member of said Trustor(s); **or,**

2. Within **thirty (30) days** after service on you of this Notice, in the event you are tenant of the Trustor(s) of the Deed of Trust described above, or a tenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to LaSalle through Rob Buchan, its agent, who can be reached at 310-427-3537 from 9:00 a.m. to 5:00 p.m. on all business days.

If you fail to vacate and surrender possession within the applicable period as set forth above, LaSalle will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

This Notice is given pursuant to the provisions of Code of Civil Procedure § 1161a. If you have any questions about this Notice, please fax your inquiry to Jackson & Associates, Inc., attorney for LaSalle, at (949) 892-1325.

Dated: July 7, 2008

Jackson & Associates, Inc.

By:

ROBERT J. JACKSON
Attorney for LaSalle,
its assignees and/or successors
WRCA2042

## VERIFICATION

I, ROBERT J. JACKSON, declare:

1. I am an attorney duly licensed to practice before this court.

2. My office is located in Orange County, CA, and Plaintiff has no officers in said county who have any personal knowledge of this matter.

3. I have read the foregoing Complaint and know the contents thereof. I am informed and believe the matters therein to be true and on that ground allege that the matters stated therein are true.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14 day of July, 20 08 at Irvine, California.

_____
ROBERT J. JACKSON

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| ROBERT J. JACKSON (Bar No. 53809)<br>SCOTT J. JACKSON (Bar No. 219157)<br>Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612 | |
| TELEPHONE NO.: (949) 854-2244    FAX NO.: (949) 854-4752 | |
| ATTORNEY FOR (Name): LaSalle | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 200 W. Compton Blvd.
MAILING ADDRESS:
CITY AND ZIP CODE: Compton 90220
BRANCH NAME: Compton

CASE NAME: LaSalle v. STEPHEN TAYLOR; et al.

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☐ Unlimited  ☒ Limited<br>(Amount   (Amount<br>demanded  demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☒ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint (*not specified above*) (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition (*not specified above*) (43)

2. This case ☐ is ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☒ monetary  b. ☒ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify)*: One (1)
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 14, 2008

ROBERT J. JACKSON
(TYPE OR PRINT NAME)       (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California    WRCA2042
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

| SHORT TITLE: LASALLE v. STEPHEN TAYLOR; et al. | CASE NUMBER 08Q01360 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to LASC Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

Item I. Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☐ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☒ YES   TIME ESTIMATED FOR TRIAL _one_ ☒ HOURS/ ☐ DAYS.

Item II. Select the correct district and courthouse location (4 steps - If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet Form, find the main civil case cover sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Los Angeles Superior Court Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class Actions must be filed in the County Courthouse, Central District.
2. May be filed in Central (Other county, or no Bodily Injury/Property Damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|
| **Auto Tort** | | |
| Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death - Uninsured Motorist | 1., 2., 4. |
| **Damage/Wrongful Death Tort** | | |
| Asbestos (04) | ☐ A6070  Asbestos Property Damage<br>☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2.<br>2. |
| Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons<br>☐ A7240  Other Professional Health Care Malpractice | 1., 2., 4.<br>1., 2., 4. |
| Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall)<br>☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.)<br>☐ A7270  Intentional Infliction of Emotional Distress<br>☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 2., 4.<br>1., 2., 4.<br>1., 2., 3.<br>1., 2., 4. |
| **Injury/Property** | | |
| Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 2., 3. |
| Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3. |
| Intellectual Property (19) | ☐ A6016  Intellectual Property | 2., 3. |

| SHORT TITLE: LASALLE v. STEPHEN TAYLOR; et al. | CASE NUMBER |
|---|---|

| A<br>Civil Case Cover Sheet Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|
| **Judicial Review (Cont'd.)** | | |
| Writ of Mandate<br>(02) | ☐ A6151 Writ - Administrative Mandamus<br>☐ A6152 Writ - Mandamus on Limited Court Case Matter<br>☐ A6153 Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| Other Judicial Review (39) | ☐ A6150 Other Writ /Judicial Review | 2., 8. |
| **Litigation** | | |
| Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1., 2., 8. |
| Construction Defect (10) | ☐ A6007 Construction defect | 1., 2., 3. |
| Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1., 2., 8. |
| Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1., 2., 8. |
| Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1., 2., 3., 8. |
| Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| **Enforcement of Judgment** | | |
| Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment<br>☐ A6160 Abstract of Judgment<br>☐ A6107 Confession of Judgment (non-domestic relations)<br>☐ A6140 Administrative Agency Award (not unpaid taxes)<br>☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112 Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| **Miscellaneous Civil Complaints** | | |
| RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1., 2., 8. |
| Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only<br>☐ A6040 Injunctive Relief Only (not domestic/harassment)<br>☐ A6011 Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| **Miscellaneous Civil Petitions** | | |
| Partnership Corporation Governance(21) | ☐ A6113 Partnership and Corporate Governance Case | 2., 8. |
| Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment<br>☐ A6123 Workplace Harassment<br>☐ A6124 Elder/Dependent Adult Abuse Case<br>☐ A6190 Election Contest<br>☐ A6110 Petition for Change of Name<br>☐ A6170 Petition for Relief from Late Claim Law<br>☐ A6100 Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Florence-Marie Cooper and the assigned discovery Magistrate Judge is Alicia G. Rosenberg.

The case number on all documents filed with the Court should read as follows:

**CV08- 4769 FMC (AGRx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself [X])
STEPHEN TAYLOR
21813 EMBASSY AVE
CARSON CA

**DEFENDANTS** LA SALLE BANK N A
208 S LASALLE ST #814
CHICAGO IL 60604

**(b) County of Residence of First Listed Plaintiff** (Except in U.S. Plaintiff Cases):
LOS ANGELES

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only):

**(c) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
STEPHEN TAYLOR
21813 EMBASSY AVE
CARSON CA
PRO SE

Attorneys (If Known)
ROBERT JACKSON
4199 CAMPUS DR #700
IRVING CA 92612

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No
☐ **MONEY DEMANDED IN COMPLAINT:** $ COSTS

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1611  26 USC 2602  15 USC 1602  15 USC 1692

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☒ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities /Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☐ No ☐ Yes
If yes, list case number(s): **08-4769**

**FOR OFFICE USE ONLY:** Case Number: _____

CIVIL COVER SHEET                                                Page 1 of

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

VIII(b). RELATED CASES: Have any cases been previously filed that are related to the present case? ☐ No ☒ Yes

If yes, list case number(s): 0800 1360

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Appear to arise from the same or substantially identical transactions, happenings, or events;
☒ B. Involve the same or substantially the same parties or property;
☐ C. Involve the same patent, trademark or copyright;
☐ D. Call for determination of the same or substantially identical questions of law, or
☐ E. Likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

IX. VENUE: List the California County, or State if other than California, in which EACH named plaintiff resides (Use an additional sheet if necessary)
☐ Check here if the U.S. government, its agencies or employees is a named plaintiff.

LOS ANGELES, CA

List the California County, or State if other than California, in which EACH named defendant resides. (Use an additional sheet if necessary).
☐ Check here if the U.S. government, its agencies or employees is a named defendant.

CHICAGO, ILLINOIS

List the California County, or State if other than California, in which EACH claim arose. (Use an additional sheet if necessary)
Note: In land condemnation cases, use the location of the tract of land involved.

LOS ANGELES

X. SIGNATURE OF ATTORNEY (OR PRO PER): S. G. Tot          Date 7/21/08

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |